# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0446
Lower Tribunal No. CF13-001424-XX

_____

ANTWAN CHAVERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

February 17, 2026

PER CURIAM.

AFFIRMED.

WHITE, MIZE and KAMOUTSAS, JJ., concur.


Antwan Chavers, Bowling Green, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED